1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY NELSON, an individual, on behalf of himself and all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>PENSKE LOGISTICS LLC, a Delaware corporation; and DOES 1 through 10, Inclusive,<br><br>       Defendants. | Case No. 2:23-CV-02756-DJC-KJN<br><br>**ORDER REGARDING EXTENSION OF DEFENDANT'S RESPONSIVE PLEADING DEADLINE**<br><br>Judge:    Daniel J. Calabretta<br>Dept.:    10<br><br>Complaint Filed: November 27, 2023 |

**ORDER**

Having reviewed the Parties' Joint Stipulation Regarding the Extension of Defendant's Responsive Pleading Deadline, and good cause appearing, the Court hereby **ORDERS AS FOLLOWS**:

1. Defendant's deadline to respond to Plaintiff's Complaint is extended to January 9, 2024.

**PURSUANT TO JOINT STIPULATION, IT IS SO ORDERED.**

Dated:  December 19, 2023         /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE