# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY NELSON, an individual, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>PENSKE LOGISTICS LLC, a Delaware corporation; and DOES 1 through 10, Inclusive,<br><br>　　　　　　Defendants. | Case No. 2:23-CV-02756-DJC-KJN<br><br>**ORDER REGARDING PARTIES' SECOND EXTENSION OF DEFENDANT'S RESPONSIVE PLEADING DEADLINE**<br><br>Judge:　　Daniel J. Calabretta<br>Dept.:　　10<br><br>Complaint Filed: November 27, 2023 |

## ORDER

Having reviewed the Parties' Second Joint Stipulation Regarding the Extension of Defendant's Responsive Pleading Deadline, and good cause appearing, the Court hereby **ORDERS AS FOLLOWS**:

1. Defendant's deadline to respond to Plaintiff's Complaint is extended to January 23, 2024.

**PURSUANT TO JOINT STIPULATION, IT IS SO ORDERED.**

Dated: January 5, 2024　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE