# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY NELSON, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PENSKE LOGISTICS LLC, a Delaware corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 2:23-CV-02756-DJC-KJN<br><br>**JOINT STIPULATION AND ORDER REGARDING PLAINTIFF'S FILING OF THE FIRST AMENDED COMPLAINT**<br><br>Judge:   Daniel J. Calabretta<br>Dept.:   10<br><br>Complaint Filed: November 27, 2023 |

## ORDER

Having reviewed the Parties' Joint Stipulation Regarding Plaintiff's Filing of the First Amended Complaint, and good cause appearing, the Court hereby **ORDERS AS FOLLOWS**:

1. Plaintiff will file his First Amended Complaint, attached as **Exhibit 1**, within five (5) days of the Court signing the Order granting this Joint Stipulation.

2. Defendant will file its responsive pleading to Plaintiff's First Amended Complaint on or before the fourteenth (14th) day after Plaintiff files his First Amended Complaint.

**PURSUANT TO JOINT STIPULATION, IT IS SO ORDERED.**

Dated:  January 22, 2024          /s/ Daniel J. Calabretta
                                                 THE HONORABLE DANIEL J. CALABRETTA
                                                 UNITED STATES DISTRICT JUDGE