UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY NELSON, an individual, on behalf of himself and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>PENSKE LOGISTICS LLC, a Delaware corporation; and DOES 1 through 10, Inclusive,<br><br>  Defendants. | No. 2:23-CV-02756-DJC-CSK<br><br>ORDER |

The Parties have jointly filed a Motion to Approve Privacy Opt-Out Procedure, seeking to provide putative class members with a means to opt-out of the disclosure of their contact information to Plaintiff's counsel. (ECF No. 18.) The Parties have structured the procedure consistent with those approved in *Murphy v. Target Corp.*, No. 09-cv-1436–AJB (WMc), 2011 WL 2413439 (S.D. Cal. 2011) and *Belaire-West Landscape, Inc. v. Superior Court*, 149 Cal. App. 4th 554 (2007).

Having reviewed the Motion, and good cause appearing, the Court hereby GRANTS the Parties' ECF No. 18 Motion and ORDERS AS FOLLOWS:

1. The company Simpluris shall be appointed as the Notice Administrator and will mail the Notice, receive objection forms, and prepare a report summarizing

the notice process and number of objectors;

2. Defendant Penske Logistics, LLC will produce a putative class list to the Notice Administrator that contains each putative class member's name, last known phone number, last known address, job title, warehouse facility name, and dates of employment (to the extent available) within twenty (20) court days of the Court granting this motion;

3. Within seven (7) days of receiving the putative class member list, the Notice Administrator shall mail the Notice, attached as Exhibit A to the Joint Motion, to each putative class member;

4. Putative class members shall have forty (40) days from the date that the Notice Administrator mails the Notice to opt-out of the disclosure of their contact information;

5. If a putative class member timely opts-out (i.e., mails their objection within 40 days) or the notice is returned as undeliverable, then the putative class members' contact information will not be disclosed to Plaintiff Nelson's counsel;

6. The Notice Administrator will produce the remaining putative class members' names, last known phone numbers, last known addresses, job titles, warehouse facility names, and dates of employment (to the extent available) for class members who have not opted-out to Nelson's counsel within ten (10) days after the deadline for putative class members to submit their objections;

7. Nelson agrees to keep the contact information confidential and agrees that the contact information will be used solely in the prosecution of this lawsuit; and

8. Nelson will bear all expenses and fees of the Notice Administrator.

IT IS SO ORDERED.

Dated:  **August 2, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE