1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11    TERRY NELSON, an individual, on              No. 2:23-CV-02756-DJC-CSK
      behalf of himself and all others
12    similarly situated,

13                    Plaintiff,

14           v.

15    PENSKE LOGISTICS LLC, a Delaware
      corporation; and DOES 1 through 10,
16    Inclusive,

17                    Defendants.

18    _____

                                                   No. 2:24-cv-01944-DJC-JDP
19    JAMES MILAM, individually and on
      behalf of all others similarly situated,
20
                      Plaintiff,                   RELATED CASE ORDER
21
             v.
22
      PENSKE LOGISTICS LLC; and Does 1
23    through 20, inclusive,

24                    Defendants.

25

26

27           Defendant has filed a notice of related cases in both of the above-captioned

      actions.  Examination of these actions reveals that they are related within the meaning
28

                                                1

of Local Rule 123(a).  Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort."  Local Rule 123(a)(3).  Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge, it does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 2:24-cv-01944 is reassigned from Magistrate Judge Jeremy D. Peterson to Magistrate Judge Chi Soo Kim.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:24-cv-01944-DJC-CSK.  As these matters are all currently assigned to the same District Judge, no further reassignment or alteration of the case caption is necessary.

Dated:  August 20, 2024

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE