# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY NELSON, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PENSKE LOGISTICS LLC, a Delaware corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 2:23-CV-02756-DJC-CSK<br><br>**ORDER REGARDING MODIFICATION OF SCHEDULING ORDER**<br><br>Judge:   Daniel J. Calabretta<br>Dept.:   10<br><br>Complaint Filed: November 27, 2023<br>FAC Filed: January 22, 2024 |

## ORDER

Having reviewed the Parties' Joint Stipulation Regarding Modification of Scheduling Order, and good cause appearing, the Court hereby **ORDERS AS FOLLOWS**:

1. Plaintiff's Motion for Class Certification shall be filed on or before January 15, 2025.
2. Defendant's Opposition shall be filed on or before April 15, 2025.

///

///

3. Plaintiff's Reply shall be filed on or before May 15, 2025.

4. The hearing shall be set on the Court's calendar for June 26, 2025 at 1:30 PM.

**IT IS SO ORDERED.**

Dated:  September 18, 2024         /s/ Daniel J. Calabretta
                                   _____
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE