UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY NELSON, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PENSKE LOGISTICS LLC, a Delaware corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 2:23-CV-02756-DJC-CSK<br><br>**PARTIES' JOINT STIPULATION AND ORDER REGARDING MODIFICATION OF SCHEDULING ORDER**<br><br>Judge:   Daniel J. Calabretta<br>Dept.:    10<br><br>Complaint Filed: November 27, 2023<br>FAC Filed: January 22, 2024 |

Having reviewed the Parties' Joint Stipulation Regarding Modification of Scheduling Order, and good cause appearing, the Court hereby **ORDERS AS FOLLOWS**:

1. Plaintiff's Motion for Class Certification shall be filed on or before March 28, 2025.
2. Defendant's Opposition shall be filed on or before June 30, 2025.
3. Plaintiff's Reply shall be filed on or before July 30, 2025.

///

///

///

4. The hearing shall be set on the Court's calendar for August 21, 2025 at 1:30 PM.

**PURSUANT TO JOINT STIPULATION, IT IS SO ORDERED.**

Dated: January 15, 2025        /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE