# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY NELSON, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PENSKE LOGISTICS LLC, a Delaware corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 2:23-CV-02756-DJC-CSK<br><br>**PARTIES' JOINT STIPULATION AND ORDER REGARDING MODIFICATION OF SCHEDULING ORDER**<br><br>Judge:   Daniel J. Calabretta<br>Dept.:   7<br><br>Complaint Filed: November 27, 2023<br>FAC Filed: January 22, 2024 |

## ORDER

Having reviewed the Parties' Joint Stipulation Regarding Modification of Scheduling Order, and good cause appearing, the Court hereby **ORDERS AS FOLLOWS**:

1. Defendant's Opposition shall be filed on or before September 26, 2025.
2. Plaintiff's Reply shall be filed on or before October 24, 2025.
3. The Hearing Date shall be set for December 4, 2025 at 1:30 PM in Courtroom 7.

**PURSUANT TO JOINT STIPULATION, IT IS SO ORDERED.**

Dated: June 13, 2025            /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE

PARTIES' JOINT STIPULATION REGARDING MODIFICATION OF SCHEDULING ORDER
DM2\21574424.1