# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY NELSON, an individual, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>PENSKE LOGISTICS LLC, a Delaware corporation; and DOES 1 through 10, Inclusive,<br><br>        Defendants. | Case No. 2:23-CV-02756-DJC-CSK<br><br>**ORDER REGARDING MODIFICATION OF SCHEDULING ORDER**<br><br>Judge:    Daniel J. Calabretta<br>Courtroom:    7<br><br>Complaint Filed: November 27, 2023<br>FAC Filed: January 22, 2024 |

## ORDER

Having reviewed the Parties' Joint Stipulation Regarding Modification of Scheduling Order, and good cause appearing, the Court hereby **ORDERS AS FOLLOWS**:

1. Defendant's Opposition shall be filed on or before October 24, 2025.
2. Plaintiff's Reply shall be filed on or before December 5, 2025.
3. The Hearing Date shall be reset for January 8, 2026, at 1:30 PM.

**PURSUANT TO JOINT STIPULATION, IT IS SO ORDERED.**

Dated: September 9, 2025        /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE