# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY NELSON, an individual, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>PENSKE LOGISTICS LLC, a Delaware corporation; and DOES 1 through 10, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-CV-02756-DJC-CSK<br><br>**PARTIES' NOTICE OF SETTLEMENT AND JOINT STIPULATION AND ORDER REGARDING BRIEFING AND HEARING DATES ON MOTION FOR CLASS CERTIFICATION**<br><br>Judge:　Daniel J. Calabretta<br>Dept.:　10<br><br>Complaint Filed: November 27, 2023<br>FAC Filed: January 22, 2024 |

ORDER

## ORDER

Having reviewed the Parties' Notice of Settlement and Joint Stipulation Regarding Briefing and Hearing Dates on Motion for Class Certification, and good cause appearing, the Court hereby **ORDERS AS FOLLOWS**:

1. All briefing deadlines related to Plaintiff's Motion for Class Certification are held in abeyance pending court approval of the proposed settlement; and
2. The hearing on Plaintiff's Motion for Class Certification set for January 8, 2026 at 1:30 PM is vacated.
3. The Parties are ordered to provide an update regarding the status of the settlement by December 5, 2025.

**PURSUANT TO JOINT STIPULATION, IT IS SO ORDERED.**

Dated: October 23, 2025         /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE